# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Leticia P. Flores,    Civ. No. 13-3222 (ADM/JJK)

      Plaintiff,

v.

Carolyn W. Colvin,    **ORDER**
Acting Commissioner of
Social Security,

      Defendant.

David F. Chermol, Esq., Chermol & Fishman, LLC, counsel for Plaintiff.

Ann M. Bildtsen, Esq., Assistant United States Attorney, counsel for Defendant.

Based upon the Report and Recommendation by U.S. Magistrate Judge Jeffrey J. Keyes, dated October 6, 2014, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's Motion for Summary Judgment (Doc. No. 15) is **GRANTED**;

    2.    Defendant' Motion for Summary Judgment (Doc. No. 17) is **DENIED**; and

    3.    This case is **REMANDED** to the Commissioner under the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent

with this Order and the Magistrate Judge's Report and

Recommendation.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Date: October 28, 2014

s/Ann D. Montgomery  
Ann D. Montgomery  
United States District Court Judge